UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:05-CR-30-3H

UNITED STATES OF AMERICA,

v.  :  ORDER

JAVIER BRAVO

This matter comes before the court on the Government's Motion to dismiss the Indictment pursuant to Fed. R. Crim. P. 48(a). The court finds the government's motion is well founded. Therefore, the court GRANTS the motion. The Indictment is hereby DISMISSED without prejudice.

SO ORDERED this 17th day of June, 2014.

MALCOLM J. HOWARD
Senior United States District Judge